**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Clarence L. Hilliard III                    CHAPTER 13
                    Debtor(s)

                                                BKY. NO. 22-10643 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                                Respectfully submitted,

                                                /s/ Rebecca Solarz
                                                Rebecca Solarz
                                                31 Mar 2022, 10:53:44, EDT

                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322