# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                     Chapter 13

CLARENCE L. HILLIARD, III                       Bankruptcy No. 22-10643-ELF

1902 North 31st Street

Philadelphia, PA 19121

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
CLARENCE L. HILLIARD, III

1902 North 31st Street

Philadelphia, PA 19121

**Counsel for debtor(s), by electronic notice only.**
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 5/18/2022                                                                                                  /s/ Kenneth E. West

                                                                                        _____

                                                                                        Kenneth E. West, Esquire
                                                                                       Chapter 13 Standing Trustee