IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13

Clarence L. Hilliard, III           : Case No. 22-10643-MDC

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
PENNSYLVANIA HOUSING FINANCE AGENCY
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Debtor is uncertain of the total amount and asks for a chance to get caught up.
9. Denied.
10. No response required.

    WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

                                                         <u>/s/ David M. Offen</u>
                                                         David M. Offen Esquire
                                                         Attorney for Debtor

Dated:  February 15, 2024

    A copy of this Answer is being served on MARK A. CRONIN, Esquire and the Chapter 13 Trustee.