IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Clarence L. Hilliard, III | : | No.  22-10643-pmm |
| Debtor | : | |

### CERTIFICATION OF NO RESPONSE TO MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated:  05/01/2024

   /s/   David M. Offen
**Attorney for Debtor (s)**
**The Curtis Center**
**601 Walnut Street, Suite 160 West**
**Philadelphia, PA  19106**
**215-625-9600**