**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIATHE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **Clarence L. Hilliard, III** | : | |
| Debtor | : | No. 22-10643-pmm |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 44, the "Motion");

It is hereby Ordered that

1) The Motion is Granted; and

2) The Modified Plan (doc. # 47) is Approved.

*[Signature: Patricia M. Mayer]*

**Date:** 5/9/24

**HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE**