United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-10643-djb

Clarence L. Hilliard, III                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                    Page 1 of 2
Date Rcvd: Mar 12, 2026                     Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Clarence L. Hilliard, III, 1902 North 31st Street, Philadelphia, PA 19121-1704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

**Name**                            **Email Address**

DAVID M. OFFEN
                            on behalf of Debtor Clarence L. Hilliard  III ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
                            on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

HOWARD GERSHMAN
                            on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

KENNETH E. WEST
                            ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                            on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
                            on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com

District/off: 0313-2                                  User: admin                                           Page 2 of 2
Date Rcvd: Mar 12, 2026                              Form ID: pdf900                                       Total Noticed: 1

dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:            :        CHAPTER 13
                  :
Clarence L. Hilliard, III    :        No. 22-10643-DJB
        Debtor            :


## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $950.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.

**March 12, 2026**
_____
    DATED                    _____
                             HONORABLE DEREK J. BAKER
                             UNITED STATES BANKRUPTCY JUDGE