Certificate Number: 12433-PAE-DE-041391499

Bankruptcy Case Number: 22-10643

12433-PAE-DE-041391499

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2026, at 3:13 o'clock PM PDT, Clarence Lee Hilliard, III completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 31, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher